**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01284-CR
No. 05-15-01285-CR

**LATOYA DENISE MCMULLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-24837-U, F14-24545-U**

## ORDER

The Court **REINSTATES** the appeals.

On March 14, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 19, 2016, counsel tendered an *Anders* brief. Accordingly, we conclude findings are no longer necessary and **VACATE** the March 14, 2016 order to the extent it requires findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE